# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146622 & (9)(10)(11)

SUZANNE HASLIP, Attorney in Fact for
GERALDINE HUSK,
           Plaintiff-Appellee,

v                                               SC:  146622
                                                COA: 313729
                                                Oakland CC:  2011-123524-NH
BOTSFORD CONTINUING CARE
CORPORATION and ZIEGER HEALTH
CARE CORPORATION,
           Defendants-Appellants.

_____/

       On order of the Court, the motions to waive stay requirement and for immediate consideration are GRANTED. The application for leave to appeal the January 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.

       VIVIANO, J., not participating.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2013                    _____

s0305                                              Clerk